## PIERCE ET AL. *v.* WILSON.

PLEADING.—*Bill of Particulars.*—In an action to recover for services rendered to the defendants by the plaintiff as an attorney, the bill of particulars filed with the complaint was as follows: A. and B. to C. Dr., "to legal services rendered in the October term of the Tippecanoe Circuit Court, in the case of themselves v." D. " and others, to set aside a fraudulent mortgage, two hundred dollars ($200)."

*Held,* that this was a sufficient bill of particulars.

PRACTICE.—*Appeal.—Form of Judgment.*—No question as to the form of a judgment can be raised for the first time in the Supreme Court.

From the Tippecanoe Circuit Court.

*R. P. Davidson* and *J. C. Davidson,* for appellants.

*J. H. Adams* and *S. P. Baird,* for appellee.

PETTIT, J.—This suit was brought by the appellee, William C. Wilson, against the appellants, George Pierce and John W. Jamison, on an account for services. Answer of general denial, trial by the court, general finding for the plaintiff, and judgment on the finding for two hundred dollars.

The only questions sought to be raised in this court are as to the sufficiency of the complaint, the bill of particulars, and the form of judgment. No objection was taken to either in the court below. The complaint is a full compliance with the

statute. 2 G. & H. 373, sec. 1, and form 10, p. 376.   The bill.
of particulars is this:

"George Pierce and John W. Jamison.

"To William C. Wilson, Dr.

"To legal services rendered in the October term of the Tip-
pecanoe Circuit Court, in the case of themselves v. John Dof-
fin and others, to set aside a fraudulent mortgage, two hun-
dred dollars ($200)."

This is all that was necessary or could be desired in a bill
of particulars in this case.   As to the form of the judgment,
no objection to it having been made below, it is too late to raise
it here for the first time, if any really existed; but there is
none.   It is perfect, and is in these words:

"It is therefore considered by the court now here that the
plaintiff do have and recover of and from the defendants the
sum of two hundred dollars, and also the costs and charges in
this behalf."

There is no error in the record.

The judgment is affirmed, at the costs of the appellants, with
ten per cent. damages.